UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| THE EXTRADITION OF ) | Case No. |
| ) | |
| TRAIAN ROSTAS ) | |

COMPLAINT FOR PROVISIONAL ARREST
WITH A VIEW TOWARDS EXTRADITION
(18 U.S.C. § 3184)

I, James D. Herbert, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligation to the Government of Monaco.

2. There is an extradition treaty in force between the United States and Monaco, the Treaty Between the United States of America and Monaco Respecting Extradition, U.S.-Monaco, Feb. 15, 1939, 54 Stat. 1780 (referenced hereafter as the "Treaty").

3. The Treaty provides in Article 4 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents.

4. In accordance with Article 4 of the Treaty, the Government of Monaco has requested that the United States provisionally arrest Traian ROSTAS ("ROSTAS") with a view towards his extradition.

5. According to the information provided by the Government of Monaco, ROSTAS was charged with: (a) theft in violation of Sections 26, 27, 309 and 325 of the Monegasque Criminal Code; and (b) receiving stolen goods in violation of Sections 26, 27, 325 and 339 of the Monegasque Criminal Code.

6.     These offenses were committed within the jurisdiction of Monaco.  On November 24, 2017, Monegasque authorities issued an arrest warrant for ROSTAS.

7.     ROSTAS was charged on the basis of the following facts:

On January 8, 2016 at approximately 4:55 p.m., ROSTAS and two accomplices stole an Opera diamond watch valued at €47,000 from the Ciribelli jewelry store located in Monte Carlo, Monaco.  ROSTAS and the two other individuals posed as customers interested in purchasing two different watches.  After handling the two watches, one of the suspects indicated to a salesperson that he wished to purchase the Opera watch.  He then stated that he needed to find a currency exchange bureau in order to pay for part of the watch in cash.  All three suspects, including ROSTAS, left the store with the Opera watch, which they had taken while handling the merchandise.  When the suspects did not return, the salesperson who had started gift wrapping what she believed to be the watch discovered that the watch box was empty.

Monegasque police matched a print taken from the scene (from a bag used to wrap the watch) with ROSTAS's known prints.  Further, ROSTAS's DNA was also compatible with the minority traces noted in the mix of DNA found on one of the items sampled by Monegasque police at the scene.  The two Ciribelli salespeople present at the time of the theft identified ROSTAS from a photograph shown to them by the police.

Video surveillance footage established that the three suspects arrived in Monaco on January 8, 2016, the day of the theft, and they later appeared at the Ciribelli jewelry store where the theft took place at approximately 4:37 p.m.  Their faces had been clearly filmed in a shopping mall and in the elevator used shortly after the theft in order to reach their vehicle.  The suspects' vehicle was filmed leaving Monaco at approximately 4:59 p.m.

ROSTAS is currently in custody in the United States pending the outcome of

immigration proceedings.

8.	The offenses with which ROSTAS is charged are provided for in Article 2 of the Treaty.

9.	ROSTAS may be found within the jurisdiction of this Court at the Plymouth County House of Correction, 26 Long Pond Road, Plymouth, Massachusetts, 02360.

10.	On June 8, 2018, the Government of Monaco submitted a provisional arrest request pursuant to Article 4 of the Treaty.  The Government of Monaco has represented that it will submit a formal request for extradition supported by the documents specified in the Treaty, within the time required under the Treaty.

WHEREFORE, the undersigned requests that a warrant for the arrest of the aforenamed person be issued in accordance with 18 U.S.C. § 3184 and the extradition treaty between the United States and Monaco.

_____
James D. Herbert
Assistant United States Attorney

Sworn to before me and subscribed in my presence this 15 day of June, 2018, at 3:25pm.

_____
United States Magistrate Judge