UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION<br><br>OF<br><br>TRAIAN ROSTAS | No. 18-01123-DLC |

*and/or waiver*

## AFFIDAVIT OF CONSENT TO EXTRADITION

1. I, Traian Rostas, have been fully informed by my attorney, Cara McNamara of the Federal Public Defender's Office, with whose services I am satisfied, that I have certain rights pursuant to United States law, including Title 18, United States Code, Section 3184 *et seq.*, and the extradition treaty between the United States and the Principality of Monaco. In particular, I understand that:

    a. The Government of Monaco has requested my extradition; and

    b. Under Title 18, United States Code, Section 3184, I am entitled to a hearing at which certain facts would need to be established, including:

        i. That there currently is an extradition treaty in force between the United States and the Principality of Monaco;

        ii. That the treaty covers the offenses for which my extradition was requested;

        iii. That I am the person whose extradition is sought by the Principality of Monaco; and

        iv. That probable cause exists to believe that I committed the 2 offenses for which extradition was requested.

2. I have reviewed the complaint and I fully understand my right to a hearing at which my counsel and I could challenge the extradition request presented by the Principality of Monaco. I further understand that I cannot be extradited to the Principality of Monaco unless and until a court of the United States certifies it's finding of extraditability to the Secretary of State and the Secretary signs a warrant of surrender.

3. In full knowledge of the above, I hereby waive my rights under the extradition treaty and the applicable sections of the United States Code.

4. Specifically, I concede that I am the individual against whom charges are pending in the Principality of Monaco and for whom process is outstanding there.

5. While I will contest the charges alleged against me in the Principality of Monaco before the Principality of Monaco courts, I further agree, for the limited purpose of the extradition proceeding in the United States and for no other purpose, to waive my right to a probable cause hearing and consent to a finding of probable cause for the sole purpose of supporting my extradition for the charges for which extradition is sought and for that purpose consent to extradition under the Treaty.

6. I consent to a certification by the Court of my extraditability; to a decision by the Secretary of State authorizing my surrender; to be transported in custody to the requesting state as soon as its agents may arrive; and to remain in the custody of the United States Marshal pending the arrival of agents of the requesting state.

7. I specifically reserve all rights I have under the Rule of Specialty, as described in Article VII of the extradition treaty between the United States and the Principality of Monaco.

8. I give this consent voluntarily, knowingly, and entirely of my own free will. No representative, official, or officer of the United States or of the Principality of Monaco, nor

any person whomsoever, has made any promise or offered any other form of inducement nor made any threat or exercised any form of intimidation against me.

Dated this 12 th day of July, 2018.

_____
TRAIAN ROSTAS

_____
CARA McNAMARA
Attorney for TRAIAN ROSTAS

I hereby certify that on this 12 th day of July, 2018, TRAIAN ROSTAS personally appeared before me and made his oath that the statements herein are true.

_____
Donald L. Cabell
Unites States Magistrate Judge
District of Massachusetts